Nellie McCormick v. George T. Jackson.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Johnson v. Hedden Construction Company.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Magdalena Hermann (or Herman), Deceased.—Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Manhattan Railway Company, v. Anetta Bockar and Others.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank M. Wear v. Theresa Koehler.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Sauerbrunn, Jr., v. Hartford Life Insurance Company.— Motion granted; questions certified as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John Smyth, as Administrator, etc., v. Yorkshire Realty and Construction Company and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

J. Hampden Dougherty v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Milton Weil v. G. Dexter Richardson.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Arthur Scarlett v. Delaware, Lackawanna and Western Railway Company.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred L. Brown v. Hanson S. Ogilvie. Hanson S. Ogilvie v. Alfred L. Brown.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edwin Potosky v. Great Eastern Casualty Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sarah Meyrowitz v. Harry W. Perlman.—Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

American Convex Company, Incorporated, v. Irene Tompkins.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.